AUSA

FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAV DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8056

UNITED STATES OF AMERICA,
Plaintiff,
v.
Gregorio URIOSTEGUI-Delgado
Defendant.

Magistrate Case No.:
COMPLAINT FOR VIOLATION OF
21 U.S.C. § 952 and 960
Importation of a Controlled Substance (Felony)

The undersigned complainant being duly sworn states:

On or about January 22, 2008, within the Southern District of California, defendant Gregorio URIOSTEGUI-Delgado did knowingly and intentionally import approximately 21.74 kilograms (47.83 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS ~~23rd~~ 24 DAY OF JANUARY, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Gregorio URIOSTEGUI-Delgado

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy L. Henderson.

On January 22, 2008, Gregorio URIOSTEGUI-Delgado entered the United States from Mexico at the Calexico, California East Port of Entry. URIOSTEGUI was the driver of a Volkswagen passenger car registered in his name. Customs and Border Protection Officer (CBPO) M. Hernandez took a negative Customs declaration from URIOSTEGUI.

CBPO Hernandez requested that CBP Canine Enforcement Officer (CEO) J. Jones have his Narcotic Detector Dog (NDD) screen the Volkswagen. The NDD alerted to the odor of controlled substances in the area of the Volkswagen.

In secondary, inspection of the Volkswagen resulted in the recovery of 19 packages containing white powder concealed within. A sample of the powder field-tested positive for cocaine. The total weight of the packages was 21.74 kilograms.

Special Agent (S/A) Timothy Henderson interviewed URIOSTEGUI. S/A S. Galvan read URIOSTEGUI his constitutional rights per Miranda in Spanish. URIOSTEGUI orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

URIOSTEGUI admitted knowledge of controlled substances in the Volkswagen. URIOSTEGUI stated that he was to be paid to drive the vehicle to an unknown location in California.