FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal Case No. 08CR0493-JM |
| v. | ) | I N F O R M A T I O N |
| GREGORIO URIOSTEGUI-DELGADO, Defendant. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

On or about January 22, 2008, within the Southern District of California, defendant GREGORIO URIOSTEGUI-DELGADO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 21.74 kilograms (47.83 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 21, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:jam:Imperial
2/21/08