MICHAEL D. STEIN
Attorney at Law
CSBN: 43726
2727 Broadway
San Diego, California 92102
Telephone: (619)-232-8987

Attorney for Defendant
GREGORIO URISOTEGUI-DELGADO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORIO URISOTEGUI-DELGADO,<br>Defendant. | Case No.: 08-CR-00493-001-JTM<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, California. I am over the age of 18 years of age and not a party to this within action. My business address is 2727 Broadway, San Diego CA 92102. That on June 19, 2008, I served the foregoing documents described as follows, by First Class mail:

**DEFENDANT'S SENTENCING MEMORANDUM AND SENTENCING SUMMARY CHART**

Parties Served:

United States Attorney
Assistant United States Attorney
880 Front Street, 5th Floor
San Diego CA 92101

Certificate of Service Continued:

United States Probation
101 West Broadway, 6th Floor
San Diego CA 92101

Dated: June 19, 2008

s/timothy p. sprague
Timothy P. Sprague